ACCEPTED
12-14-00323-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/8/2015 10:52:32 AM
Pam Estes
CLERK

NO. 12-14-00323-CV

**IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/8/2015 10:52:32 AM
PAM ESTES
Clerk

_____

DAVID TUBB, ET AL.                                      APPELLANTS

V.

ASPECT INTERNATIONAL, INC., ET AL.                      APPELLEES

_____

**APPELLEES' NOTICE REGARDING CROSS-APPEAL**

_____

Appellees, Aspect International, Inc., and James Sterling, previously filed a notice of appeal to preserve their rights to request an alteration of the trial court's judgment. Appellees have elected not to seek an alteration of the final judgment. Accordingly, they will not file a Cross-Appellants' Brief in this case.

1

Respectfully submitted,

M. KEITH DOLLAHITE, P.C.
5457 Donnybrook Avenue
Tyler, Texas 75703
(903) 581-2110
(903) 581-2113 (Facsimile)
keith@mkdlaw.us

    /s/ Keith Dollahite

By:_____
    M. Keith Dollahite
    State Bar No. 05958550

    TREY YARBROUGH
    State Bar No. 22133500
    YARBROUGH WILCOX, PLLC
    100 E. Ferguson, Suite 1015
    Tyler, Texas 75702
    903-595-3111 office
    903-595-0191 fax
    Trey@yw-lawfirm.com

## CERTIFICATE OF SERVICE

A copy of this document was filed and served electronically on Gregory D. Smith, Ramey & Flock, P.C., 100 East Ferguson, Suite 500, Tyler, Texas 75702, gsmith@rameyflock.com; and Wesley Hill, P.O. Box 1231, Longview, Texas 75606, wh@swfirm.com on October 8, 2015.

    /s/ Keith Dollahite

    _____

© M. Keith Dollahite, P.C. 2015

2